No. 735.   BRETT ET AL. v. UNITED STATES.   April 12, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Frank Funkhouser* for petitioners.   *Solicitor General Reed* and *Mr. G. A. Iverson* for the United States.

Nos. 775 and 776.   NEW YORK EX REL. HUDSON RIVER CONNECTING RAILROAD CORP. v. STATE TAX COMMISSION. April 12, 1937.   Petition for writs of certiorari to the Supreme Court of New York denied.   *Messrs. Kenneth O. Mott-Smith* and *Clive C. Handy* ·for petitioner. *Messrs. Wendell P. Brown* and *Henry Epstein* for respondent.

No. 779.   SAN ANTONIO UTILITIES LEAGUE ET AL. v. SOUTHWESTERN BELL TELEPHONE CO. ET AL.   April 12, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Robert Lee Bobbitt* for petitioners.   No appearance for respondents.

No. 786.   MORAN BROTHERS CONTRACTING CO., INC. ET AL. v. DIOMEDE ET AL.   April 12, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Elmer Clyde Sherwood* for petitioners.   *Mr. Clayton J. Heermance* for respondents.

No. 790.   ISENBERG v. CUMMINGS, ATTORNEY GENERAL, ET AL.   April 12, 1937.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Messrs. Reuben D. Silliman, George*

*W. Hott,* and *Lester J. Dickinson* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for respondents.

No. 791. WILNER *v.* UNITED STATES. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward H. S. Martin* for petitioner. *Solicitor General Reed* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for the United States.

No. 792. McQUILKIN *v.* UNITED STATES. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward H. S. Martin* for petitioner. *Solicitor General Reed* and *Messrs. Julius C. Martin, Wilbur C. Pickett,* and *W. Marvin Smith* for the United States.

No. 794. JOHNSTON *v.* COMMISSIONER OF INTERNAL REVENUE. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. W. Spalding* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 798. FITZPATRICK *v.* UNITED STATES. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Richard E. Westbrooke* for petitioner. *Solicitor General Reed,*